**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SUNDERLAGE, TRACY L § | Case No. 11-37690-DT |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 12, 2011. The undersigned trustee was appointed on January 24, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     198,022.05

|   |   |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 188.57 |
| Bank service fees | 5,284.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 192,548.51 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/28/2013 and the deadline for filing governmental claims was 05/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,151.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,151.10, for a total compensation of $13,151.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/23/2015     By: /s/EUGENE CRANE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand<br>Orig. Asset Memo: Orig. Description: Cash on hand; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 500.00 | 500.00 | | 0.00 | FA |
| 2  Checking Acctit 00100826 American Community Bank<br>Orig. Asset Memo: Orig. Description: Checking Acct# 00100826<br>American Community bank & Trust<br>1290 LakeAvenue<br>Woodstock, IL 60098; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Checking Acct# 00100826 American Community bank | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3  Health Savings Acctit 8010647 (IRA) American Com<br>Orig. Asset Memo: Orig. Description: Health Savings Acct# 8010647<br>American Community Bank<br>1290 Lake Avenue<br>Woodstock, IL 60098; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Health Savings Acct# 8010647 American Community; Original exemption amount: 0.00 | 5,800.00 | 0.00 | | 0.00 | FA |
| 4  VOID Household Goods and Furniture<br>VOID. Asset Memo: Orig. Description: Household Goods and Furniture; Imported from original petition Doc# 60; Amended  Doc #122 | 0.00 | 0.00 | | 0.00 | FA |
| 5  Artwork<br>Orig. Asset Memo: Orig. Description: Artwork; Imported from original petition Doc# 60; | 3,250.00 | 1,450.00 | | 0.00 | FA |
| 6  Clothing<br>Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  VOID Wedding Ring, Watch<br>ASSET AMT AMENDED Doc #122; VOID Orig. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Asset Memo: Orig. Description: Weddding Ring, Watch; Imported from original petition Doc# 60; | | | | | |
| 8 | Fur Coat<br>    Orig. Asset Memo: Orig. Description: Fur Coat; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 500.00 | 500.00 | | 0.00 | FA |
| 9 | ING Life Insurance Policy # 001403045 Customer S<br>    Orig. Asset Memo: Orig. Description: ING Life Insurance Policy # 001403045<br>Customer Service<br>2000 21st Ave. N.W.<br>Minot, ND 58703; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 6,300.00 | 0.00 | | 0.00 | FA |
| 10 | Alliance Lide Insurance Acct #8853103 P.O. 59060<br>    Orig. Asset Memo: Orig. Description: Alliance Lide Insurance Acct #8853103<br>P.O. 59060  WIFE BENEFICIARY<br>Minneapolis, MN 55459-0060; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Alliance Life Insurance Acct #8853103 P.O. 59060 | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Aviva Life & Annuity Co. 611 5th Ave. P.O. Box 1<br>    Orig. Asset Memo: Orig. Description: Aviva Life & Annuity Co.<br>611 5th Ave.<br>P.O. Box 1555<br>Des Moines, IA 50306-1555; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | Unknown | 3,700.00 | | 0.00 | FA |
| 12 | Sun West Trust - Roth IRA - Acct#S0V1572 Soverig<br>    Orig. Asset Memo: Orig. Description: Sun West Trust - Roth IRA - Acct#S0V1572<br>Soverign Pension Services<br>1314 Alt. 19<br>Palm Harbor, FL 34683; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 45,215.29 | 0.00 | | 0.00 | FA |
| 13 | Sun West Trust - Roth IRA - Acct#S0V1571 Soverig | 22,604.25 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Orig. Description: Sun West Trust - Roth IRA -Acct#S0V1571<br>Soverign Pension Services<br>1314 Alt. 19<br>Palm Harbor, FL 34683; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Sun West Trust - Roth IRA -Acct#S0V1571 Soverign | | | | | |
| 14   Sterling Trust -IRA - Acct#147431 Sterling Trust<br>Orig. Asset Memo: Orig. Description: Sterling Trust -IRA - Acct#147431<br>Sterling Trust<br>P.O. Box 2526<br>Waco, Texas 76702; Imported from original petition Doc# 60; | 16,024.51 | 0.00 | | 0.00 | FA |
| 15   Oil & Gas Partnership - Tenancy by the Entirety<br>Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Atlas Resources Public 17-2008 (B) LP<br>1550 Cordopolis Hats Road<br>Moon Township, PA 151008; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Oil & Gas Partnership Atlas Resources Public 17- | Unknown | 3,000.00 | | 0.00 | FA |
| 16   Oil & Gas Partnership - Tenancy by the Entirety<br>Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy<br>947 Linwood Ave.<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Oil & Gas Partnership Ridgewood Energy 947 Linwo | Unknown | 10,000.00 | | 0.00 | FA |
| 17   Oil & Gas Partnership Atlas Resources Public<br>Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Atlas Resources Public 18-2009 (B) LP | Unknown | 1,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37690-DT  **Trustee:** (330350) EUGENE CRANE
**Case Name:** SUNDERLAGE, TRACY L  **Filed (f) or Converted (c):** 01/24/12 (c)
 **§341(a) Meeting Date:** 11/30/11
**Period Ending:** 11/23/15  **Claims Bar Date:** 05/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1550 Cordopolis Hats Road Moon Township, PA 151008; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | | | | | |
| 18 | Oil & Gas Partnership Ridgewood Energy 0 Fund LL<br>   Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy 0 Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 1,000.00 | | 1,831.03 | FA |
| 19 | Oil & Gas Partnership Ridgewood Energy Q Fund LL<br>   Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy Q Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 2,500.00 | | 2,330.46 | FA |
| 20 | Oil & Gas Partnership Ridgewood Energy U Fund LL<br>   Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy U Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 2,500.00 | | 2,360.56 | FA |
| 21 | Trust No. S8-2010- CN Global Trust Robert A. Mul<br>   Orig. Asset Memo: Orig. Description: Trust No. 88-2010- C&N Global Trust<br>Robert A. Mulderig, Trustee<br>Woodmont Trust Company Ltd.<br>42 Reid Street<br>Box HM 2958<br>Hamilton HM MX Bermuda; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Trust No. 88-2010- C&N | 900.00 | 900.00 | | 0.00 | FA |

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Global Trust Robert A. Mu | | | | |
| 22 | Clms against Elaine S. Vorberg&Law Ofc<br>Orig. Asset Memo: Orig. Description: Claims against Elaine S. Vorberg and The Law Offices of Elaine S. Vorberg P.C. for legal malpractice; Imported from original petition Doc# 60; | Unknown | 50,000.00 | | 0.00 | FA |
| 23 | Claim for Income Tax Refunds for 1998 and 1999<br>Orig. Asset Memo: Orig. Description: Claim for Income Tax Refunds for 1998 and 1999; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original petition value: 550000.00 | 799,968.00 | 799,968.00 | | 0.00 | FA |
| 24 | 2007 Lexus RX 350<br>Orig. Asset Memo: Orig. Description: 2007 Lexus RX 350; Imported from original petition Doc# 60; | 17,000.00 | 14,600.00 | | 14,000.00 | FA |
| 25 | 12585 Raintree Path, Huntley, IL | 400,000.00 | 5,000.00 | | 0.00 | FA |
| 26 | Jointly owned household goods and furniture.<br>Orig. Asset Memo: Imported from Amended Doc#: 122 | 7,875.00 | 7,875.00 | | 0.00 | FA |
| 27 | Debtor owned household goods and furnishings.<br>Orig. Asset Memo: Imported from Amended Doc#: 122 | 300.00 | 300.00 | | 0.00 | FA |
| 28 | VOID Artwork.<br>VOIDED DUPE ASSETOrig. Asset Memo: Imported from Amended Doc#: 122 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Miscellaneous jewelry<br>Orig. Asset Memo: Imported from Amended Doc#: 122 ORIGINAL AMOUNT OF $5,000 changed on this amended Sch B | 2,200.00 | 0.00 | | 0.00 | FA |
| 30 | VOID Sterling Trust -IRA - Acct#147431<br>Orig. Asset Memo: Imported from Amended Doc#: 122 DUPLICATE ASSET VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID Claim against Elaine S. Vorberg<br>Orig. Asset Memo: Imported from Amended Doc#: | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 122 Duplicate Asset VOIDED |  |  |  |  |  |
| 32 | VOID 2007 Lexus RX 350<br>Orig. Asset Memo: Imported from Amended Doc#:<br>122 Duplicate Asset VOIDED | 0.00 | 0.00 |  | 0.00 | FA |
| 33 | Litigation against Linda Sunderlage (u) | Unknown | 300,000.00 |  | 130,000.00 | FA |
| 34 | Marriott Aruba Timeshares (u) | Unknown | 37,000.00 |  | 35,000.00 | FA |
| 35 | 3 Timeshares/Marriott Desert Springs, Imperial P (u) | Unknown | 12,000.00 |  | 12,500.00 | FA |
| 36 | Interest in Sunderlage Resource Group, Inc. (u)<br>No income was listed in SOFA | Unknown | 1.00 |  | 0.00 | FA |
| 36 | **Assets Totals** (Excluding unknown values) | **$1,333,437.05** | **$1,254,794.00** |  | **$198,022.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/11/2015: TFR Sent to USTO for Review (dk)

07/29/2015: Acct retained; once taxes are filed ready to close case (dk)

03/31/2015: Discovery of assets continues (dk)

03/31/2014: Discovery of assets continues; possible additional timeshares.

02/11/2014: Settlement offer from Linda Sunderlage, for Ridgewood Energy and other transferred assets (dk)

10/2013: Motion filed to sell Debtor's Lexus automobile (dk)

09/2013: Motion filed to sell timeshares (dk)

03/30/2013: Investigation into assets continues; Linda Sunderlage deposed this period. (dk)

Conversion of case to a Chapter 7, hearing on 01/24/2012. (dk)

10/07: hearing to abandon scheduled for 11/04/2015 at 10:00 AM at Courtroom 744

08/11/2015: TFR Sent to USTO for REview (dk)

07/29/2015: Acct retained, once taxes filed, ready to close case (dk)

03/31/2015: Discovery of assets continues (dk)

03/31/2014: Discovery of assets continues; possible additional timeshares.

02/11/2014: Settlement offer from Linda Sunderlage, for Ridgewood Energy and other transferred assets (dk)

10/2013: Motion filed to sell Debtor's Lexus automobile (dk)

09/2013: Motion filed to sell timeshares (dk)

03/30/2013: Investigation into assets continues; Linda Sunderlage deposed this period. (dk)

Conversion of case to a Chapter 7, hearing on 01/24/2012. (dk)

Exhibit A

# Form 1

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/24/12 (c)  
**§341(a) Meeting Date:** 11/30/11  

**Period Ending:** 11/23/15  
**Claims Bar Date:** 05/28/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Taxpayer ID #:** **-***8361  
**Period Ending:** 11/23/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******07-66 - Checking Acct- Ridgewood  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/12 | {18} | Ridgewood Energy Corp. | Dividend payment for November - O Fund | 1123-000 | 218.68 | | 218.68 |
| 12/10/12 | | Ridgewood Energy Corp. | Dividend payment for November | | 443.56 | | 662.24 |
| | {19} | | 161.19 | 1123-000 | | | 662.24 |
| | {20} | | 282.37 | 1129-000 | | | 662.24 |
| 12/11/12 | {18} | Ridgewood Energy Corp. | Dividend payment for October - O Fund | 1123-000 | 263.23 | | 925.47 |
| 12/11/12 | | Ridgewood Energy Corp. | Dividend payment for October - U & Q Funds | | 437.07 | | 1,362.54 |
| | {19} | | 201.08 | 1123-000 | | | 1,362.54 |
| | {20} | | 235.99 | 1123-000 | | | 1,362.54 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,337.54 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 1,337.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,362.54 | 1,362.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,337.54 | |
| | | | **Subtotal** | | 1,362.54 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,362.54** | **$25.00** | |

{} Asset reference(s)

Printed: 11/23/2015 10:22 AM V.13.25

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Taxpayer ID #:** **-***8361  
**Period Ending:** 11/23/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Acct- Ridgewood  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,337.54 | | 1,337.54 |
| 01/07/13 | | Ridgewood Energy Corp. | Dividend payment for December - U & Q Funds | | 494.91 | | 1,832.45 |
| | {19} | | Q Funds Dividend            186.36 | 1123-000 | | | 1,832.45 |
| | {20} | | U Funds Dividend            308.55 | 1123-000 | | | 1,832.45 |
| 01/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for December - O Fund | 1123-000 | 224.73 | | 2,057.18 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,047.18 |
| 02/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for January - O Fund | 1123-000 | 95.01 | | 2,142.19 |
| 02/07/13 | | Ridgewood Energy Corp. | Dividend payment for January - U & Q Funds | | 364.85 | | 2,507.04 |
| | {19} | | 117.46 | 1123-000 | | | 2,507.04 |
| | {20} | | 247.39 | 1123-000 | | | 2,507.04 |
| 02/07/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-37690, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 1.16 | 2,505.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,495.88 |
| 03/06/13 | | Ridgewood Energy Corp. | Dividend payment for February - U & Q Funds | | 392.98 | | 2,888.86 |
| | {19} | | Q Fund divident - February            150.96 | 1123-000 | | | 2,888.86 |
| | {20} | | U Fund Dividend - February            242.02 | 1123-000 | | | 2,888.86 |
| 03/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for February - O Fund | 1123-000 | 177.34 | | 3,066.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,056.20 |
| 04/09/13 | {18} | Ridgewood Energy Corp. | Dividend payment for March - O Fund | 1123-000 | 139.43 | | 3,195.63 |
| 04/09/13 | {19} | Ridgewood Energy Corp. | Dividend payment for March - U & Q Funds | 1123-000 | 339.39 | | 3,535.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,525.02 |
| 05/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for April - O Fund | 1123-000 | 136.58 | | 3,661.60 |
| 05/07/13 | | Ridgewood Energy Corp. | Dividend payment for April - U & Q Funds | | 257.69 | | 3,919.29 |
| | {19} | | April Distribution of Q Fund Dividends            124.08 | 1123-000 | | | 3,919.29 |
| | {20} | | April Distribution of U Fund Dividends            133.61 | 1123-000 | | | 3,919.29 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,909.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,899.29 |
| 07/08/13 | {18} | Ridgewood Energy Corp. | Dividend payment for June - O Fund | 1123-000 | 79.37 | | 3,978.66 |
| 07/08/13 | {18} | Ridgewood Energy Corp. | Dividend payment for May - O Fund | 1123-000 | 86.17 | | 4,064.83 |

Subtotals :      $4,125.99      $61.16

{} Asset reference(s)                                                                                      Printed: 11/23/2015 10:22 AM   V.13.25

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-37690-DT | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | SUNDERLAGE, TRACY L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Acct- Ridgewood |
| Taxpayer ID #: | **-***8361 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/23/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/13 | | Ridgewood Energy Corp. | Dividend payment for June - U & Q Funds | | 240.15 | | 4,304.98 |
| | {19} | | Q Fund Distribution for June  115.12 | 1123-000 | | | 4,304.98 |
| | {20} | | U Fund Distribution for June  125.03 | 1123-000 | | | 4,304.98 |
| 07/08/13 | | Ridgewood Energy Corp. | Dividend payment for May - U & Q Funds | | 245.48 | | 4,550.46 |
| | {19} | | Q Fund Distribution for May  120.10 | 1123-000 | | | 4,550.46 |
| | {20} | | U Fund Distribution for May  125.38 | 1123-000 | | | 4,550.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,540.46 |
| 08/05/13 | {18} | Ridgewood Energy Corp. | Dividend payment for July - O Fund | 1123-000 | 64.23 | | 4,604.69 |
| 08/05/13 | | Ridgewood Energy Corp. | Dividend payment for July - U & Q Funds | | 244.22 | | 4,848.91 |
| | {19} | | Q Fund Dividend July  101.20 | 1123-000 | | | 4,848.91 |
| | {20} | | U Fund Dividend July  143.02 | 1123-000 | | | 4,848.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,838.91 |
| 09/06/13 | {18} | Ridgewood Energy Corp. | Dividend payment for August - O Fund | 1123-000 | 57.39 | | 4,896.30 |
| 09/06/13 | | Ridgewood Energy Corp. | Dividend payment for August - U & Q Funds | | 218.75 | | 5,115.05 |
| | {19} | | Q Fund Distribution August  92.14 | 1123-000 | | | 5,115.05 |
| | {20} | | U Fund Distribution August  126.61 | 1123-000 | | | 5,115.05 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,105.05 |
| 10/04/13 | {18} | Ridgewood Energy Corp. | Dividend payment for September - O Fund | 1123-000 | 57.29 | | 5,162.34 |
| 10/04/13 | {19} | Ridgewood Energy Corp. | Dividend payment for September - U & Q Funds | 1123-000 | 261.87 | | 5,424.21 |
| 11/04/13 | {18} | Ridgewood Energy Corp. | Dividend payment for October - O Fund | 1123-000 | 66.35 | | 5,490.56 |
| 11/07/13 | | Ridgewood Energy Corp. | Dividend payment for October - Q & U Funds | | 186.13 | | 5,676.69 |
| | {19} | | Q Funds Div for October  133.34 | 1123-000 | | | 5,676.69 |
| | {20} | | U Funds Div for October  52.79 | 1123-000 | | | 5,676.69 |
| 12/02/13 | {18} | Ridgewood Energy Corp. | Dividend payment for November - O Fund | 1123-000 | 69.97 | | 5,746.66 |
| 12/02/13 | | Ridgewood Energy Corp. | Dividend payment for November - Q & U Funds | | 243.33 | | 5,989.99 |
| | {19} | | Q Fund Dividend November  132.86 | 1123-000 | | | 5,989.99 |
| | {20} | | U Fund Dividend November  110.47 | 1123-000 | | | 5,989.99 |
| 01/07/14 | {20} | Ridgewood Energy Corp. | Dividend payment for December - Q & U | 1123-000 | 118.37 | | 6,108.36 |
| | | | Subtotals : | | $2,073.53 | $30.00 | |

{} Asset reference(s)                                    Printed: 11/23/2015 10:22 AM    V.13.25

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Taxpayer ID #:** **-***8361  
**Period Ending:** 11/23/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Acct- Ridgewood  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Funds | | | | |
| 02/05/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #11-37690, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 50.45 | 6,057.91 |
| 02/11/14 | {18} | Ridgewood Energy Corp. | Dividend payment for January - O Fund | 1123-000 | 95.26 | | 6,153.17 |
| 02/11/14 | | Ridgewood Energy Corp. | Dividend payment for January - Q & U Funds | | 202.27 | | 6,355.44 |
| | {19} | | 93.31 | 1123-000 | | | 6,355.44 |
| | {20} | | 108.96 | 1123-000 | | | 6,355.44 |
| 02/19/15 | 10103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-37690, Bond # 10BSBGR6291 | 2300-000 | | 136.96 | 6,218.48 |
| | | | **ACCOUNT TOTALS** | | 6,497.05 | 278.57 | $6,218.48 |
| | | | Less: Bank Transfers | | 1,337.54 | 0.00 | |
| | | | **Subtotal** | | 5,159.51 | 278.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,159.51** | **$278.57** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-37690-DT  
**Case Name:** SUNDERLAGE, TRACY L  

**Taxpayer ID #:** **-***8361  
**Period Ending:** 11/23/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1367 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/13 | {24} | Lexus of Clearwater | Proceeds from sale of Lexus automobile | 1129-000 | 14,000.00 | | 14,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.48 | 13,985.52 |
| 11/21/13 | {34} | TRCS, Inc. Escrow Account | Sale of Debtor's Marriott Aruba Ocean Club timeshare interest | 1210-000 | 17,500.00 | | 31,485.52 |
| 11/21/13 | {34} | TRCS, Inc. Escrow Account | Sale of Debtor's Marriott Aruba Ocean Club timeshare interest | 1210-000 | 17,500.00 | | 48,985.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.37 | 48,949.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.84 | 48,862.31 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.65 | 48,780.66 |
| 02/05/14 | {33} | Morgan & Bley, Ltd. | Settlement from Linda Sunderlage - via wire | 1241-000 | 130,000.00 | | 178,780.66 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.22 | 178,563.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.11 | 178,306.33 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 283.33 | 178,023.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.20 | 177,757.80 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.99 | 177,501.81 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.91 | 177,210.90 |
| 08/21/14 | {35} | Linda M. Sunderlage | Settlement on RTI of 3 Marriott timeshares | 1210-000 | 2,500.00 | | 179,710.90 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.07 | 179,454.83 |
| 09/09/14 | {35} | Linda M. Sunderlage | Settlement on RTI of 3 Marriott timeshares | 1210-000 | 10,000.00 | | 189,454.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 294.66 | 189,160.17 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.59 | 188,869.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.72 | 188,616.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 317.84 | 188,299.02 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.98 | 188,019.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.94 | 187,758.10 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.68 | 187,460.42 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.57 | 187,181.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.90 | 186,912.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.31 | 186,616.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.61 | 186,330.03 |
| | | | **ACCOUNT TOTALS** | | 191,500.00 | 5,169.97 | $186,330.03 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 191,500.00 | 5,169.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$191,500.00** | **$5,169.97** | |

{} Asset reference(s)

Printed: 11/23/2015 10:22 AM   V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** SUNDERLAGE, TRACY L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1367 - Checking Account |
| **Taxpayer ID #:** **-***8361 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/23/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | |
|---|---|---|
| Net Receipts : | | 198,022.05 |
| Net Estate : | | $198,022.05 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******07-66 | 1,362.54 | 25.00 | 0.00 |
| Checking # ******1366 | 5,159.51 | 278.57 | 6,218.48 |
| Checking # ******1367 | 191,500.00 | 5,169.97 | 186,330.03 |
| | $198,022.05 | $5,473.54 | $192,548.51 |

{} Asset reference(s)

Printed: 11/23/2015 10:22 AM    V.13.25

Printed: 11/23/15 10:22 AM                                                                                   Page: 1

# Claims Proposed Distribution

## Case:  11-37690-DT    SUNDERLAGE, TRACY L

**Case Balance:**  $192,548.51     **Total Proposed Payment:**  $192,548.51     **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 10S | Precision Consulting, Inc. | Secured | 134,953.30 * | 0.00 | 0.00 | 0.00 | 0.00 | 192,548.51 |
| | **Claim Memo:** Objection to claim filed; Claim disallowed per Court Order 11/10/2015 | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 5,915.06 | 5,915.06 | 0.00 | 5,915.06 | 5,915.06 | 186,633.45 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 142,130.25 | 142,130.25 | 0.00 | 142,130.25 | 142,130.25 | 44,503.20 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 13,151.10 | 13,151.10 | 0.00 | 13,151.10 | 13,151.10 | 31,352.10 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Popowcer Katten, Ltd. | Admin Ch. 7 | 1,575.00 | 1,575.00 | 0.00 | 1,575.00 | 1,575.00 | 29,777.10 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | United States Bankruptcy Court | Admin Ch. 7 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 | 29,484.10 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:** For Adversary 13-00919 | | | | | | | |
| | United States Bankruptcy Court | Admin Ch. 7 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 | 29,191.10 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:** For Adversary 14-00276 | | | | | | | |
| 5 | United States Trustee | Admin Ch. 7 | 325.00 | 325.00 | 0.00 | 325.00 | 325.00 | 28,866.10 |
| | <2950-00  U.S. Trustee Quarterly Fees> | | | | | | | |
| | **Claim Memo:** Quarterly fee for first qtr under the Ch 11 | | | | | | | |
| 10P | Precision Consulting, Inc. | Priority | 134,953.30 * | 0.00 | 0.00 | 0.00 | 0.00 | 28,866.10 |
| | **Claim Memo:** Claim disallowed per Court Order 11/10/2015 | | | | | | | |
| 3P-3 | Department of the Treasury | Priority | 1,267,547.28 | 1,267,547.28 | 0.00 | 1,267,547.28 | 28,866.10 | 0.00 |
| | **Claim Memo:** 11/21/2013 Amendment 3-3 imported by DRK; original claim didn't exist | | | | | | | |
| | --------------------------------------------------------------------------------* * * | | | | | | | |
| 4P | Illinois Department of Revenue | Priority | 97.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** withdrawn 03/12/2013 | | | | | | | |
| 1 | Husch Blackwell LLP | Unsecured | 15,056.16 | 15,056.16 | 0.00 | 15,056.16 | 0.00 | 0.00 |
| 2 | Myron A Gnadt | Unsecured | 57,010.00 | 57,010.00 | 0.00 | 57,010.00 | 0.00 | 0.00 |
| 3U-3 | Department of the Treasury | Unsecured | 2,046,383.00 | 2,046,383.00 | 0.00 | 2,046,383.00 | 0.00 | 0.00 |
| | **Claim Memo:** 11/21/2013 Amendment 3-3 imported by DRK; original claim didn't exist | | | | | | | |
| | ----------------------------------------------------------------------------* * * | | | | | | | |
| 4U | Illinois Department of Revenue | Unsecured | 759.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Withdrawn 03/12/2013 | | | | | | | |
| 6 | Butler Rubin Saltarelli & Boyd LLP | Unsecured | 295,079.92 | 295,079.92 | 0.00 | 295,079.92 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 11-37690-DT   SUNDERLAGE, TRACY L

**Case Balance:** $192,548.51    **Total Proposed Payment:** $192,548.51    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 7 | Professional Benefit Trust Multiple | Unsecured | 60,000,000.00 | 60,000,000.00 | 0.00 | 60,000,000.00 | 0.00 | 0.00 |
| 8 | Therese Mintjal | Unsecured | 1,700,000.00 | 1,700,000.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 |
| 9 | David Mintjal | Unsecured | 1,700,000.00 | 1,700,000.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 |
| 10U | Precision Consulting, Inc. | Unsecured | 134,953.30 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Objection to claim heard and claim disallowed per Court Order 11/10/2015 | | | | | | | |
| 11 | Butler Rubin Saltarelli & Boyd LLP | Unsecured | 295,079.92 | 295,079.92 | 0.00 | 295,079.92 | 0.00 | 0.00 |
| 12 | Benjamin B. LeCompte III | Unsecured | 1,955,664.85 | 1,955,664.85 | 0.00 | 1,955,664.85 | 0.00 | 0.00 |
| 13 | Jonathan E. Fuller, M.D. | Unsecured | 1,531,447.00 | 1,531,447.00 | 0.00 | 1,531,447.00 | 0.00 | 0.00 |
| 14 | Carey L Sunderlage | Unsecured | 518,094.53 | 518,094.53 | 0.00 | 518,094.53 | 0.00 | 0.00 |
| 15 | Law Offices of Elaine S Vorberg | Unsecured | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| 16 | Jack Wilson Chevrolet-Buick, Inc. | Unsecured | 1,003,850.00 | 1,003,850.00 | 0.00 | 1,003,850.00 | 0.00 | 0.00 |
| 17 | General Produce Distributors, Inc | Unsecured | 1,700,000.00 | 1,700,000.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 |
| 18 -2 | G&W Consulting, LLC | Unsecured | 500,000.00 | 500,000.00 | 0.00 | 500,000.00 | 0.00 | 0.00 |
| | **Claim Memo:** 10/20/2015 Amendment 18-2 imported by DRK; original claim overwritten --------------------------------------------------------------------------------* * * Claim was amended to unsecured - 7/30/2015 | | | | | | | | |

**Total for Case 11-37690 :**    $75,156,611.64    $74,750,895.07    $0.00    $74,750,895.07    $192,548.51

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| **Total Administrative Claims :** | $163,682.41 | $163,682.41 | $0.00 | $163,682.41 | 100.000000% |
| **Total Priority Claims :** | $1,402,597.70 | $1,267,547.28 | $0.00 | $28,866.10 | 2.277319% |
| **Total Secured Claims :** | $134,953.30 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $73,455,378.23 | $73,319,665.38 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 11-37690-DT
Case Name: SUNDERLAGE, TRACY L
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 192,548.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | Precision Consulting, Inc. | 134,953.30 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 192,548.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 13,151.10 | 0.00 | 13,151.10 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 142,130.25 | 0.00 | 142,130.25 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 5,915.06 | 0.00 | 5,915.06 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,575.00 | 0.00 | 1,575.00 |
| Charges, U.S. Bankruptcy Court | 586.00 | 0.00 | 586.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses: $ 163,682.41
Remaining balance: $ 28,866.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,866.10

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,267,547.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P-3 | Department of the Treasury | 1,267,547.28 | 0.00 | 28,866.10 |
| 4P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 10P | Precision Consulting, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 28,866.10
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,819,665.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Husch Blackwell LLP | 15,056.16 | 0.00 | 0.00 |
| 2 | Myron A Gnadt | 57,010.00 | 0.00 | 0.00 |
| 3U-3 | Department of the Treasury | 2,046,383.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 6 | Butler Rubin Saltarelli & Boyd LLP | 295,079.92 | 0.00 | 0.00 |
| 7 | Professional Benefit Trust Multiple | 60,000,000.00 | 0.00 | 0.00 |
| 8 | Therese Mintjal | 1,700,000.00 | 0.00 | 0.00 |
| 9 | David Mintjal | 1,700,000.00 | 0.00 | 0.00 |
| 10U | Precision Consulting, Inc. | 0.00 | 0.00 | 0.00 |
| 11 | Butler Rubin Saltarelli & Boyd LLP | 295,079.92 | 0.00 | 0.00 |
| 12 | Benjamin B. LeCompte III | 1,955,664.85 | 0.00 | 0.00 |
| 13 | Jonathan E. Fuller, M.D. | 1,531,447.00 | 0.00 | 0.00 |
| 14 | Carey L Sunderlage | 518,094.53 | 0.00 | 0.00 |
| 15 | Law Offices of Elaine S Vorberg | 2,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 16 | Jack Wilson Chevrolet-Buick, Inc. | 1,003,850.00 | 0.00 | 0.00 |
| 17 | General Produce Distributors, Inc | 1,700,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 500,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 -2 | G&W Consulting, LLC | 500,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**