**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:    SUNDERLAGE, TRACY L       §       Case No. 11-37690-DT
                                    §
                                    §
Debtor(s)                           §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/06/2016 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/30/2015        By:    /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SUNDERLAGE, TRACY L § Case No. 11-37690-DT
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 198,022.05 |
| *and approved disbursements of* | $ 5,473.54 |
| *leaving a balance on hand of* [1] | $ 192,548.51 |
| **Balance on hand:** | $ 192,548.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | Precision Consulting, Inc. | 134,953.30 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 192,548.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 13,151.10 | 0.00 | 13,151.10 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 142,130.25 | 0.00 | 142,130.25 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 5,915.06 | 0.00 | 5,915.06 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,575.00 | 0.00 | 1,575.00 |
| Charges, U.S. Bankruptcy Court | 586.00 | 0.00 | 586.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses: $ 163,682.41
Remaining balance: $ 28,866.10

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $       28,866.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,267,547.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P-3 | Department of the Treasury | 1,267,547.28 | 0.00 | 28,866.10 |
| 4P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 10P | Precision Consulting, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $       28,866.10
Remaining balance:  $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,819,665.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Husch Blackwell LLP | 15,056.16 | 0.00 | 0.00 |
| 2 | Myron A Gnadt | 57,010.00 | 0.00 | 0.00 |
| 3U-3 | Department of the Treasury | 2,046,383.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 6 | Butler Rubin Saltarelli & Boyd LLP | 295,079.92 | 0.00 | 0.00 |
| 7 | Professional Benefit Trust Multiple | 60,000,000.00 | 0.00 | 0.00 |
| 8 | Therese Mintjal | 1,700,000.00 | 0.00 | 0.00 |
| 9 | David Mintjal | 1,700,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10U | Precision Consulting, Inc. | 0.00 | 0.00 | 0.00 |
| 11 | Butler Rubin Saltarelli & Boyd LLP | 295,079.92 | 0.00 | 0.00 |
| 12 | Benjamin B. LeCompte III | 1,955,664.85 | 0.00 | 0.00 |
| 13 | Jonathan E. Fuller, M.D. | 1,531,447.00 | 0.00 | 0.00 |
| 14 | Carey L Sunderlage | 518,094.53 | 0.00 | 0.00 |
| 15 | Law Offices of Elaine S Vorberg | 2,000.00 | 0.00 | 0.00 |
| 16 | Jack Wilson Chevrolet-Buick, Inc. | 1,003,850.00 | 0.00 | 0.00 |
| 17 | General Produce Distributors, Inc | 1,700,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 500,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 18 -2 | G&W Consulting, LLC | 500,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Tracy L Sunderlage
    Debtor

Case No. 11-37690-DLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton              Page 1 of 4                   Date Rcvd: Nov 30, 2015
                              Form ID: pdf006              Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2015.
```
db              #+Tracy L Sunderlage,    12585 Raintree Path,   Huntley, IL 60142-6365
17802028         +Access Medical Supply Company,    11951 Mays Chapel Road,   Lutherville-Timonium, MD 21093-1876
17802029         +Advanced Data Systems International, LLC,    249 Purdue Court,   Paramus, NJ 07652-1642
17802030          Advanced Pain Clinic,    P.O. Box 312,   Kissimmee, FL 34742
17802031         +Alan J. Vallarine, DDS, Inc.,    1810 N. Olive, Suite 4,   Turlock, CA 95382-2500
17802032         +Alfred Shaw,    33627 Seven Mile Road,   Livonia, MI 48152-3077
17802034          Aruba Ocean Club,    L.G. Smith Blvd #99,   Palm Beach Aruba
17802035         +Associated Family Medicine, P.A.,    P.O. Box 915201,   Longwood, FL 32791-5201
17802036         +B and J of Central Oregon, Inc.,    64860 McGarth Road,   Bend, Or 97701-8773
17802037         +Baniqued Realtors,    2801 Pinole Valley Road, Suite 210,   Pinole, CA 94564-1471
17802038         +Benjamin B. LeCompte III,    Kenneth A Michaels Jr,   53 W Jackson #1115,
                   Chicago, IL 60604-3566
17802039         +Board Machine,    2006 E. Maple,   Kankakee, IL 60901-5798
18645225          Butler Rubin Saltarelli & Boyd LLP,    Cheryl Tama Oblander,   70 West Madison Street,
                   Suite 1800,   Chicago, IL 60602-4257
17802040         +Camogie, Inc.,    15300 Ventura BLVD #315,   Sherman Oaks, CA 91403-5870
17802041         +Carey L Sunderlage,    John Sawin, Sawin Law Firm, Ltd,   55 West Wacker Dr, Ste 900,
                   Chicago, IL 60601-1794
17802042         +Cheryl Tama Oblander,    Butler, Rubin, Saltarelli & Boyd LLP,   70 W. Madison St., Suite 1800,
                   Chicago, IL 60602-4257
17802043         +Cook Land & Cattle Co., Inc.,    865 Geer Road,   Turlock, CA 95380-3311
17802045        #+Daniel A. Warner, M.D., P.A.,    1630 Mason Ave., Suite C,   Daytona Beach, FL 32117-4547
17802046         +Datacap, Inc.,    660 White Plains Road,   Tarrytown, NY 10591-5174
18907139         +David Mintjal,    c/o William Fitzpatrick,   36 W. Randolph, Suite 301,   Chicago, IL 60601-3516
17802047         +David Mintjal & Therese Mintjal,    c/o Attorney William F. Fitzpatrick,
                   36 W. Randolph Suite 301,    Chicago, IL 60601-3516
17802053         +DePianto Family Trust,    7450 Stocking Land,   Vacaville, CA 95688-8708
17802055         +EMD Corporation,    #PTY 11771,   P.O. Box 25207,   Miami, FL 33102-5207
17802056         +Ethos Consulting, Inc.,    3219 E. Camelback Road, Suite 515,   Phoenix, AZ 85018-2307
17802057         +Fasteners Unlimited, Inc.,    2150 Woodland Road,   Warrendale, PA 15086-7536
17802058         +Fat Cat International,    2140 America's Cup Circle,   Las Vegas, NV 89117-1924
17802059         +G&W Consulting,    Rena Walsemann-Gandt and Mike Gnadt,   1948 Consulting,
                   1948 Vineyard Avenue,    Vista, CA 92081-5322
17802060         +General Produce Distributors, Inc,    c/o Attorney William Fitzpatrick,
                   36 W. Randolph, Suite 301,    Chicago, IL 60601-3516
17802062         +Golden Bear Mortgage Corp.,    5790 Hoffman Lane,   Fair Oaks, CA 95628-2611
17802063         +Heshe & Shulem Management,    4510 18th Ave.,   Brooklyn, NY 11204-1204
17802064         +Hoskins Dental,    415 Alturas St., Suite 4,   Yuba City, CA 95991-4144
17802065         +Husch Blackwell LLP,    Attn: Gary L Vincent,   190 Carondelet Plaza Suite 600,
                   St Louis, MO 63105-3433
17802066         +Imperial Palms,    8404 Vacation Way,   Orlando, FL 32821-6377
17802067        #+J. Boyd Farms, Ltd.,    230 N. Bellevue Blvd.,   Bellevue, NE 68005-4948
17802068         +J.B. Brier,    4 Walsh Drive,   Mill Valley, CA 94941-2600
17802069         +J.B. Michael & Associates, Ltd.,    7 University Circle,   Hawthorn Woods, IL 60047-9186
20532259         +Jack Wilson Chevrolet-Buick, Inc.,    c/o Ean L Kryska,   SmithAmundsen LLC,
                   150 N. Michigan Ave., Suite 3300,    Chicago, IL 60601-6004
17802070         +John T. Grigg,    9750 NW 33rd St., Suite 113,   Coral Springs, FL 33065-4000
17802071         +Jonathan E. Fuller, M.D.,    Kyoko Fuller; KJF Services, Inc,
                   McGrath, North, Mullin & Kratz, PC,    1601 Dodge Street, Ste 3700,   Omaha, NE 68102-1650
17802074         +KJF Services, Inc.,    c/o Attorney Thomas O. Kelley,   First National Tower, Suite 3700,
                   1601 Dodge Street,    Omaha, NE 68102-1637
17802072         +Khanquest Unlimited,    20 East Cedar Street,   Chicago, IL 60611-1198
17802075         +KoOlina Beach Club,    92-161 Waipake Place,   Kapolei, HI 96707-2208
17802076         +Kyoko Fuller,    c/o Attorney Thomas O. Kelley,   First National Tower, Suite 3700,
                   1601 Dodge Street,    Omaha, NE 68102-1637
17802077         +Larry Likover,    909 Frostwood Suite 353,   Houston, TX 77024-2301
20527705         +Law Offices of Elaine S Vorberg,    c/o Sawin Law Firm, Ltd.,   55 West Wacker, Suite 900,
                   Chicago, IL 60601-1794
17802079         +Littlefield Mgmt,    3403 Cavanaugh Road,   Fort Smith, AR 72908-7870
17802086         +MPB Services, Inc.,    c/o Attorney Thomas O. Kelley,   First National Tower, Suite 3700,
                   1601 Dodge Street,    Omaha, NE 68102-1637
17802087         +MSC Management, Inc.,    P.O. Box 745,   Arlington Heights, IL 60006-0745
17802080         +Mani Nallasivan, M.D., Inc.,    388 East Yosemite Ave, Suite 100,   Merced, CA 95340-8219
17802081         +Marie Bowman,    c/o Attorney Thomas O. Kelley,   First National Tower, Suite 3700,
                   1601 Dodge Street,    Omaha, NE 68102-1637
17802082         +McCluskey & Associates,    675 Grandview Ave.,   Sebastopol, CA 95472-2927
17802083         +McDonald Air & Sheet Metal, Inc.,    Ralph Carver and Matthew McGaffigan,   2730 Eunice Ave.,
                   Orlando, FL 32808-3904
17802084         +McGarth Management, LLC,    2510 Lori Ann Dr.,   Beloit, WI 53511-1927
17802085         +Monte G. McDowell,    c/o Attorney Eric Carter,   100 E. Park, Suite 10,   Olathe, KS 66061-3463
17802088         +Northern Excavators, Inc.,    P.O. Box 244,   Addison, IL 60101-0244
17802090         +OH, LLC,    c/o Stewart Engineering,   21326 Bethel Church Road,   Cornelius, NC 28031-7028
17802093          +OTIS Enterprises, LP,    c/o Attorney Thomas O. Kelley,   First National Tower, Suite 3700,
                   1601 Dodge Street,    Omaha, NE 68102-1637
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 4                   Date Rcvd: Nov 30, 2015
                              Form ID: pdf006              Total Noticed: 82


17802091       +Oral Facial Surgery,    1029 19th Ave. SW,    Willmar, MN 56201-5005
17802092       +Orlando Heart Specialists, P.A.,    450 W. Central Parkway, Suite 2000,
                 Altamonte Springs, FL 32714-2438
17802094       +Patrick W. Bowman MD,    c/o Attorney Thomas O. Kelley,    First National Tower, Suite 3700,
                 1601 Dodge Street,    Omaha, NE 68102-1637
17802095       +Patrick W. Bowman MD, P.C.,,    c/o Attorney Thomas O. Kelley,
                 First National Tower, Suite 3700,    1601 Dodge Street,    Omaha NE 68102-1637
17802096       +Petroleum Equipment,    3950 W. Douglas Ave.,    Milwaukee, WI 53209-3598
17802097       +Pinnacle Corp.,    21800 Burbank Blvd., Suite 210,    Woodland Hills, CA 91367-7405
17802098       +Precision Consulting, Inc.,    Merit B Herman President/CEO,    1875 Lester Ave.,
                 Clovis, CA 93619-2849
18907075       +Professional Benefit Trust Multiple,    Employer Welfare Benefit Plan & Trust,
                 c/o William F. Fitzpatrick,    36 W. Randolph, Suite 301,    Chicago, IL 60601-3516
17802099       +Quintaluna Foundation,,    c/o Attorney Thomas O. Kelley,    First National Tower, Suite 3700,
                 1601 Dodge Street,    Omaha NE 68102-1637
17802100       +Richard C. Bennett,    1901 Harrison St., Suite 1650,    Oakland, CA 94612-3664
17802101       +S and P Eleven, Inc.,    4688 Hearthstone Dr.,    Frisco, TX 75034-2131
17802102       +Sentry Seasonings, Inc.,    c/o Attorney George S. Bellas,    Bellas & Wachowski,
                 15 N. Northwest Highway,    Park Ridge, IL 60068-3339
17802103       +Sonshine Drywall & Metal Framing, Inc.,    18 Winchester Road,    Ormond Beach, FL 32174-2526
17802104       +Steven E. Becker, M.D. Ltd.,    700 Shadow Ln.,    Las Vegas, NV 89106-4126
17802105       +Summa, Inc.,    10001 Lake City Way NE,    Seattle, WA 98125-7733
17802106       +Techno Linc Corporation,    125 Eleanor Drive,    Woodside, CA 94062-1113
18907133       +Therese Mintjal,    c/o William Fitzpatrick,    36 W. Randolph, Suite 301,
                 Chicago, IL 60601-3516
17802108       +Verdeterre Contracting, Inc.,    2618 Hannan,    Canton, MI 48188-2011
17802109       +Villians Holding Inc., Tons of Villians,,    Inc or Roarke Industries, Inc.,
                 Robin Benson and John Marshall,    8950 West Olympic Boulevard #283,
                 Beverly Hills CA 90211-3565
17802110       +Vorst Paving,    Dan Vorst and Mark Vorst,    Vorst Consulting,    14373 Road 23-M,
                 Cloverdale, OH 45827-9334
17802111       +Williams Companies,    3466 Mt. Diablo Rd., Suite C-205,    Lafayette, CA 94549-7108
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17802048        E-mail/Text: cio.bncmail@irs.gov Nov 30 2015 22:36:01      Department of the Treasury,   IRS,
                 PO Box 7346,   Philadelphia, PA 19101-7346
17802054       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Nov 30 2015 22:37:17      Desert Springs Villas,
                 1091 Pinehurst Lane,    Palm Desert, CA 92260-1636
18302576        E-mail/Text: rev.bankruptcy@illinois.gov Nov 30 2015 22:37:03
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
18592909       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 30 2015 22:36:48      Office of the U.S. Trustee,
                 219 S. Dearborn St.,    Room 873,    Chicago,  IL 60604-2027
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Crane, Heyman, Simon, Welch & Clar
20533917        General Produce Distributors Inc
17802078        Linda Sunderlage
17802118*       Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
17802049*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Department of the Treasury,    Internal Revenue Service,
                 Ogden UT 84201-0039)
17802050*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Department of the Treasury,    Internal Revenue Service,
                 Ogden UT 84201-0039)
17802051*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Department of the Treasury,    Internal Revenue Service,
                 Ogden UT 84201-0039)
17802052*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Department of the Treasury,    Internal Revenue Service,
                 Ogden UT 84201-0039)
17802107*      +United States of America,    Atty Ellen K. Weis,Tax Div U.S. Dept. of,    PO Box 7238,
                 Ben Franklin Station,    Washington DC 20044-7238
17802033      ##+American Community Bank and Trust,    1290 Lake Ave.,    Woodstock, IL 60098-7415
17802044      ##+Corporate Display Productions,    P.O. Box 798,    Hampshire, IL 60140-0798
20787037      ##+G&W Consulting, LLC,    Myron A Gnadt/Rena Walsemann-Gnadtmyron,    c/o Neil Sawyer,
                 740 N Afterglow Circle,    Crystal River, FL 34429-9061
17802061      ##+Global Preferred Solutions, Inc.,    Attn: Steve Ammer,    950 Scales Road, Suite 304,
                 Suwanee, GA 30024-4342
17802073      ##+Kirtane Associates, M.D., P.A.,    1736 Fifeshire Court,    Longwood, FL 32779-2771
17992490       ##Myron A Gnadt,    1948 Vineyard Ave,    Vista, CA 92081-5322
17802089      ##+Obies Floral, Inc.,    255 Coward Road,    Watsonville, CA 95076-9753
                                                                                   TOTALS: 3, * 6, ## 7
```

```
District/off: 0752-1          User: ahamilton              Page 3 of 4                  Date Rcvd: Nov 30, 2015
                              Form ID: pdf006              Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2015 at the address(es) listed below:

          Amy E Daleo    on behalf of Creditor Therese  Mintjal adaleo@cohonraizes.com
          Amy E Daleo    on behalf of Creditor  General Produce Distributors, Inc. adaleo@cohonraizes.com
          Amy E Daleo    on behalf of Creditor David  Mintjal adaleo@cohonraizes.com
          Arthur G Simon    on behalf of Trustee Eugene  Crane asimon@craneheyman.com,
           gbalderas@craneheyman.com;sclar@craneheyman.com
          Brian P Welch    on behalf of Trustee Eugene  Crane bwelch@craneheyman.com,
           gbalderas@craneheyman.com
          Brian P Welch    on behalf of Plaintiff Eugene  Crane bwelch@craneheyman.com,
           gbalderas@craneheyman.com
          Carolina Y. Sales    on behalf of Creditor Benjamin B Lecompte csales@bauch-michaels.com,
           smohan@bauch-michaels.com
          Cheryl Tama Oblander    on behalf of Creditor   Butler Rubin Saltarelli & Boyd LLP
           ctama@agdglaw.com, jgrote@agdglaw.com
          Chester H. Foster, Jr.    on behalf of Debtor Tracy L Sunderlage chf@fosterlegalsvcs.com,
           dbf@fosterlegalservices.com
          Chester H. Foster, Jr.    on behalf of Defendant Tracy L Sunderlage chf@fosterlegalsvcs.com,
           dbf@fosterlegalservices.com
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Ellen Weis    on behalf of Creditor   United States Of America ellen.k.weis@usdoj.gov
          Eugene Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Eugene Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Harris J Phillips    on behalf of Creditor   United States Of America harris.j.phillips@usdoj.gov,
           central.taxcivil@usdoj.gov;russell.s.clarke@usdoj.gov
          James L. Wright    on behalf of Defendant Tracy L Sunderlage jwright@zcwlaw.com,
           lkuziel@zcwlaw.com;srajzer@zcwlaw.com;agilbertson@zcwlaw.com
          Jeffrey C Dan    on behalf of Plaintiff Eugene  Crane jdan@craneheyman.com,
           gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
          Jeffrey C Dan    on behalf of Trustee Eugene  Crane jdan@craneheyman.com,
           gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
          Jennifer L Johnson    on behalf of Defendant Tracy L Sunderlage jjohnson@zcwlaw.com,
           cczerwinski@zcwlaw.com,lkuziel@zcwlaw.com
          John Sawin    on behalf of Creditor Carey  Sunderlage jsawin@sawinlawyers.com,
           elaine@vorberglaw.com
          John Sawin    on behalf of Plaintiff Carey  Sunderlage jsawin@sawinlawyers.com,
           elaine@vorberglaw.com
          John Sawin    on behalf of Witness Elaine  Vorberg jsawin@sawinlawyers.com,  elaine@vorberglaw.com
          Keevan D. Morgan    on behalf of Defendant Linda  Sunderlage kmorgan@morganandbleylimited.com
          Kenneth A. Michaels, Jr    on behalf of Creditor Benjamin B Lecompte kmichaels@bauch-michaels.com,
           pbauch@bauch-michaels.com
          Paul M Bauch    on behalf of Creditor Benjamin B Lecompte pbauch@bauch-michaels.com,
           smohan@bauch-michaels.com

```
District/off: 0752-1          User: ahamilton            Page 4 of 4             Date Rcvd: Nov 30, 2015
                              Form ID: pdf006            Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert E Richards    on behalf of Creditor    Dr. Michael C. Longley robert.richards@dentons.com,
           NDIL_ECF@dentons.com
          Robert E Richards    on behalf of Creditor    Omaha Physicians Group robert.richards@dentons.com,
           NDIL_ECF@dentons.com
          Robert E Richards    on behalf of Creditor    Dr. John W. McClellan robert.richards@dentons.com,
           NDIL_ECF@dentons.com
          Robert E Richards    on behalf of Creditor    Dr. H. Randal Woodward robert.richards@dentons.com,
           NDIL_ECF@dentons.com
          Robert E Richards    on behalf of Creditor    Dr. Jonathan E. Fuller robert.richards@dentons.com,
           NDIL_ECF@dentons.com
          William F Fitzpatrick    on behalf of Creditor David   Mintjal wfflaw@yahoo.com
          William F Fitzpatrick    on behalf of Creditor Therese   Mintjal wfflaw@yahoo.com
          William F Fitzpatrick    on behalf of Plaintiff David   Mintjal wfflaw@yahoo.com
          William F Fitzpatrick    on behalf of Creditor   General Produce Distributors, Inc.
           wfflaw@yahoo.com
          William F Fitzpatrick    on behalf of Plaintiff Therese   Mintjal wfflaw@yahoo.com
                                                                                             TOTAL: 35
```

Case 11-37690   Doc 222   Filed 11/30/15   Entered 12/02/15 23:47:36   Desc Imaged
Certificate of Notice   Page 9 of 9