# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: SUNDERLAGE, TRACY L | § | Case No. 11-37690-DT |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,316,437.05
*(without deducting any secured claims)*

Assets Exempt: $121,344.05

Total Distribution to Claimants: $28,866.10

Claims Discharged
Without Payment: $76,303,517.26

Total Expenses of Administration: $169,155.95

3) Total gross receipts of $ 198,022.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $198,022.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,000.00 | $134,953.30 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 169,155.95 | 169,155.95 | 169,155.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 52,833.47 | 1,402,597.70 | 1,267,547.28 | 28,866.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,346,428.83 | 73,455,378.23 | 73,319,665.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,779,262.30 | $75,162,085.18 | $74,756,368.61 | $198,022.05 |

4)  This case was originally filed under Chapter 11 on August 12, 2011 and it was converted to Chapter 7 on January 24, 2012.The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/17/2016          By:  /s/EUGENE CRANE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Oil & Gas Partnership Ridgewood Energy O Fund LL | 1123-000 | 1,831.03 |
| Oil & Gas Partnership Ridgewood Energy Q Fund LL | 1123-000 | 2,330.46 |
| Oil & Gas Partnership Ridgewood Energy U Fund LL | 1123-000 | 2,360.56 |
| 2007 Lexus RX 350 | 1129-000 | 14,000.00 |
| Litigation against Linda Sunderlage | 1241-000 | 130,000.00 |
| Marriott Aruba Timeshares | 1210-000 | 35,000.00 |
| 3 Timeshares/Marriott Desert Springs, Imperial P | 1210-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$198,022.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | Precision Consulting, Inc. | 4800-000 | N/A | 134,953.30 | 0.00 | 0.00 |
| NOTFILED | American Community Bank and Trust | 4110-000 | 380,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$380,000.00** | **$134,953.30** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 13,151.10 | 13,151.10 | 13,151.10 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 142,130.25 | 142,130.25 | 142,130.25 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 5,915.06 | 5,915.06 | 5,915.06 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,575.00 | 1,575.00 | 1,575.00 |
| United States Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.16 | 1.16 | 1.16 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.48 | 14.48 | 14.48 |
| Rabobank, N.A. | 2600-000 | N/A | 36.37 | 36.37 | 36.37 |
| Rabobank, N.A. | 2600-000 | N/A | 86.84 | 86.84 | 86.84 |
| Rabobank, N.A. | 2600-000 | N/A | 81.65 | 81.65 | 81.65 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 50.45 | 50.45 | 50.45 |
| Rabobank, N.A. | 2600-000 | N/A | 217.22 | 217.22 | 217.22 |
| Rabobank, N.A. | 2600-000 | N/A | 257.11 | 257.11 | 257.11 |
| Rabobank, N.A. | 2600-000 | N/A | 283.33 | 283.33 | 283.33 |
| Rabobank, N.A. | 2600-000 | N/A | 265.20 | 265.20 | 265.20 |
| Rabobank, N.A. | 2600-000 | N/A | 255.99 | 255.99 | 255.99 |
| Rabobank, N.A. | 2600-000 | N/A | 290.91 | 290.91 | 290.91 |
| Rabobank, N.A. | 2600-000 | N/A | 256.07 | 256.07 | 256.07 |

| Rabobank, N.A. | 2600-000 | N/A | 294.66 | 294.66 | 294.66 |
| Rabobank, N.A. | 2600-000 | N/A | 290.59 | 290.59 | 290.59 |
| Rabobank, N.A. | 2600-000 | N/A | 252.72 | 252.72 | 252.72 |
| Rabobank, N.A. | 2600-000 | N/A | 317.84 | 317.84 | 317.84 |
| Rabobank, N.A. | 2600-000 | N/A | 279.98 | 279.98 | 279.98 |
| Arthur B. Levine Company | 2300-000 | N/A | 136.96 | 136.96 | 136.96 |
| Rabobank, N.A. | 2600-000 | N/A | 260.94 | 260.94 | 260.94 |
| Rabobank, N.A. | 2600-000 | N/A | 297.68 | 297.68 | 297.68 |
| Rabobank, N.A. | 2600-000 | N/A | 278.57 | 278.57 | 278.57 |
| Rabobank, N.A. | 2600-000 | N/A | 268.90 | 268.90 | 268.90 |
| Rabobank, N.A. | 2600-000 | N/A | 296.31 | 296.31 | 296.31 |
| Rabobank, N.A. | 2600-000 | N/A | 286.61 | 286.61 | 286.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $169,155.95 | $169,155.95 | $169,155.95 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-3 | Department of the Treasury | 5800-000 | 52,833.47 | 1,267,547.28 | 1,267,547.28 | 28,866.10 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 97.12 | 0.00 | 0.00 |
| 10P | Precision Consulting, Inc. | 5400-000 | N/A | 134,953.30 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $52,833.47 | $1,402,597.70 | $1,267,547.28 | $28,866.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Husch Blackwell LLP | 7100-000 | 15,560.06 | 15,056.16 | 15,056.16 | 0.00 |
| 2 | Myron A Gnadt | 7100-000 | N/A | 57,010.00 | 57,010.00 | 0.00 |
| 3U-3 | Department of the Treasury | 7100-000 | N/A | 2,046,383.00 | 2,046,383.00 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 759.55 | 0.00 | 0.00 |
| 6 | Butler Rubin Saltarelli & Boyd LLP | 7100-000 | 295,079.92 | 295,079.92 | 295,079.92 | 0.00 |
| 7 | Professional Benefit Trust Multiple | 7100-000 | N/A | 60,000,000.00 | 60,000,000.00 | 0.00 |
| 8 | Therese Mintjal | 7100-000 | unknown | 1,700,000.00 | 1,700,000.00 | 0.00 |
| 9 | David Mintjal | 7100-000 | unknown | 1,700,000.00 | 1,700,000.00 | 0.00 |
| 10U | Precision Consulting, Inc. | 7100-000 | 134,953.30 | 134,953.30 | 0.00 | 0.00 |
| 11 | Butler Rubin Saltarelli & Boyd LLP | 7100-000 | N/A | 295,079.92 | 295,079.92 | 0.00 |
| 12 | Benjamin B. LeCompte III | 7100-000 | 155,664.85 | 1,955,664.85 | 1,955,664.85 | 0.00 |
| 13 | Jonathan E. Fuller, M.D. | 7100-000 | unknown | 1,531,447.00 | 1,531,447.00 | 0.00 |
| 14 | Carey L Sunderlage | 7100-000 | unknown | 518,094.53 | 518,094.53 | 0.00 |
| 15 | Law Offices of Elaine S Vorberg | 7100-000 | N/A | 2,000.00 | 2,000.00 | 0.00 |
| 16 | Jack Wilson Chevrolet-Buick, Inc. | 7100-000 | N/A | 1,003,850.00 | 1,003,850.00 | 0.00 |
| 17 | General Produce Distributors, Inc | 7100-000 | unknown | 1,700,000.00 | 1,700,000.00 | 0.00 |
| 18 -2 | G&W Consulting, LLC | 7200-000 | unknown | 500,000.00 | 500,000.00 | 0.00 |
| NOTFILED | Obies Floral, Inc. | 7100-000 | 111,384.01 | N/A | N/A | |
| NOTFILED | MSC Management, Inc. | 7100-000 | 37,746.18 | N/A | N/A | 0.00 |
| NOTFILED | Northern Excavators, Inc. | 7100-000 | 23,564.93 | N/A | N/A | 0.00 |
| NOTFILED | MPB Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McGarth Management, LLC | 7100-000 | 19,941.38 | N/A | N/A | 0.00 |
| NOTFILED | Kitane Associates, M.D., P.A. | 7100-000 | 18,313.51 | N/A | N/A | 0.00 |
| NOTFILED | KJF Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John T. Grigg | 7100-000 | 17,672.99 | N/A | N/A | 0.00 |
| NOTFILED | Khanquest Unlimited | 7100-000 | 16,774.18 | N/A | N/A | 0.00 |
| NOTFILED | Kyoko Fuller | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | J.B. Michael & Associates, Ltd. | 7100-000 | 26,751.44 | N/A | N/A | 0.00 |
| NOTFILED | Littlefield Mgmt | 7100-000 | 103,605.98 | N/A | N/A | 0.00 |
| NOTFILED | Larry Likover | 7100-000 | 20,012.28 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | McDonald Air & Sheet Metal, Inc. | 7100-000 | 12,955.59 | N/A | N/A | 0.00 |
| NOTFILED | OH, LLC | 7100-000 | 29,411.54 | N/A | N/A | 0.00 |
| NOTFILED | Marie Bowman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McCluskey & Associates | 7100-000 | 14,466.17 | N/A | N/A | 0.00 |
| NOTFILED | Monte G. McDowell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Man Nallasivan, MD, Inc. | 7100-000 | 47,309.90 | N/A | N/A | 0.00 |
| NOTFILED | Patrick W. Bowman, MD | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Summa, Inc. | 7100-000 | 66,677.25 | N/A | N/A | 0.00 |
| NOTFILED | Sonshine Drywall & Metal Framing, Inc. | 7100-000 | 54,625.08 | N/A | N/A | 0.00 |
| NOTFILED | Steven E. Becker, M.D., Ltd. | 7100-000 | 26,802.16 | N/A | N/A | 0.00 |
| NOTFILED | Techno Linc Corporation | 7100-000 | 217,218.59 | N/A | N/A | 0.00 |
| NOTFILED | Verdeterre Contracting, Inc. | 7100-000 | 18,101.58 | N/A | N/A | 0.00 |
| NOTFILED | Williams Companies | 7100-000 | 11,445.94 | N/A | N/A | 0.00 |
| NOTFILED | Villians Holding, Inc. Tons of Villians, Inc. or Roarke | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Vorst Paving | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sentry Seasonings, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | S and P Eleven, Inc. | 7100-000 | 28,615.38 | N/A | N/A | 0.00 |
| NOTFILED | J.B. Brier | 7100-000 | 35,583.86 | N/A | N/A | 0.00 |
| NOTFILED | Orlando Heart Specialists, P.A. | 7100-000 | 72,236.63 | N/A | N/A | 0.00 |
| NOTFILED | OTIS Enterprises, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Patrick W. Bowman MD,PC a Nebraska Professional Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Petroleum Equipment | 7100-000 | 39,091.34 | N/A | N/A | 0.00 |
| NOTFILED | Richard C. Bennett | 7100-000 | 14,276.75 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Corp. | 7100-000 | 16,194.32 | N/A | N/A | 0.00 |
| NOTFILED | Quintaluna Foundation, a Nebraska Non-Profit Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oral Facial Surgery | 7100-000 | 13,452.92 | N/A | N/A | 0.00 |
| NOTFILED | Ethos Consulting, Inc. | 7100-000 | 26,256.92 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Data Systems, International, LLC | 7100-000 | 77,134.47 | N/A | N/A | 0.00 |
| NOTFILED | Access Medical Supply Company | 7100-000 | 24,437.89 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Pain Clinic | 7100-000 | 39,795.06 | N/A | N/A | 0.00 |
| NOTFILED | Alan J. Vallarine, DDS, Inc. | 7100-000 | 15,774.14 | N/A | N/A | 0.00 |
| NOTFILED | J. Boyd Farms, Ltd. | 7100-000 | 24,214.53 | N/A | N/A | 0.00 |
| NOTFILED | DePianto Family Trust | 7100-000 | 41,232.20 | N/A | N/A | 0.00 |
| NOTFILED | EMD Corporation | 7100-000 | 13,124.68 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Fasteners Unlimited, Inc. | 7100-000 | 35,762.22 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Fat Cat International | 7100-000 | 19,687.02 | N/A | N/A | 0.00 |
| NOTFILED | Hoskins Dental | 7100-000 | 67,979.44 | N/A | N/A | 0.00 |
| NOTFILED | Golden Bear Mortgage, Corp. | 7100-000 | 10,291.22 | N/A | N/A | 0.00 |
| NOTFILED | Heshe & Shulem Management | 7100-000 | 25,689.79 | N/A | N/A | 0.00 |
| NOTFILED | Datacap, Inc. | 7100-000 | 22,230.57 | N/A | N/A | 0.00 |
| NOTFILED | Daniel A. Warner, MD, PA | 7100-000 | 10,124.52 | N/A | N/A | 0.00 |
| NOTFILED | B and J of Central Oregon, Inc. | 7100-000 | 4,042.46 | N/A | N/A | 0.00 |
| NOTFILED | Associated Family Medicine, PA | 7100-000 | 8,378.76 | N/A | N/A | 0.00 |
| NOTFILED | Baniqued Realtors | 7100-000 | 20,958.80 | N/A | N/A | 0.00 |
| NOTFILED | Board Machine | 7100-000 | 25,310.20 | N/A | N/A | 0.00 |
| NOTFILED | Alfred Shaw | 7100-000 | 40,366.27 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Display Productions | 7100-000 | 12,921.20 | N/A | N/A | 0.00 |
| NOTFILED | Camogie, Inc. | 7100-000 | 42,803.72 | N/A | N/A | 0.00 |
| NOTFILED | Cook Land & Cattle Co., Inc. | 7100-000 | 22,422.74 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,346,428.83 | $73,455,378.23 | $73,319,665.38 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** (330350)  EUGENE CRANE |
| **Case Name:** SUNDERLAGE, TRACY L | **Filed (f) or Converted (c):** 01/24/12 (c) |
| | **§341(a) Meeting Date:** 11/30/11 |
| **Period Ending:** 02/17/16 | **Claims Bar Date:** 05/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>   Orig. Asset Memo: Orig. Description: Cash on hand;<br>Imported from original petition Doc# 60; Imported from<br>Amended Doc#: 122 | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Checking Acctit 00100826 American Community Bank<br>   Orig. Asset Memo: Orig. Description: Checking Acct#<br>00100826<br>American Community bank & Trust<br>1290 LakeAvenue<br>Woodstock, IL 60098; Imported from original petition<br>Doc# 60; Imported from Amended Doc#: 122; Original<br>asset description: Checking Acct# 00100826 American<br>Community bank | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Health Savings Acctit 8010647 (IRA) American Com<br>   Orig. Asset Memo: Orig. Description: Health Savings<br>Acct# 8010647<br>American Community Bank<br>1290 Lake Avenue<br>Woodstock, IL 60098; Imported from original petition<br>Doc# 60; Imported from Amended Doc#: 122; Original<br>asset description: Health Savings Acct# 8010647<br>American Community; Original exemption amount:<br>0.00 | 5,800.00 | 0.00 | | 0.00 | FA |
| 4 | VOID Household Goods and Furniture<br>   VOID. Asset Memo: Orig. Description: Household<br>Goods and Furniture; Imported from original petition<br>Doc# 60; Amended  Doc #122 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Artwork<br>   Orig. Asset Memo: Orig. Description: Artwork;<br>Imported from original petition Doc# 60; | 3,250.00 | 1,450.00 | | 0.00 | FA |
| 6 | Clothing<br>   Orig. Asset Memo: Orig. Description: Clothing;<br>Imported from original petition Doc# 60; Imported from<br>Amended Doc#: 122 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | VOID Wedding Ring, Watch<br>   ASSET AMT AMENDED Doc #122; VOID Orig. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** SUNDERLAGE, TRACY L | **Filed (f) or Converted (c):** 01/24/12 (c) |
| | **§341(a) Meeting Date:** 11/30/11 |
| **Period Ending:** 02/17/16 | **Claims Bar Date:** 05/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Asset Memo: Orig. Description: Weddding Ring, Watch; Imported from original petition Doc# 60; | | | | | |
| 8 | Fur Coat<br>Orig. Asset Memo: Orig. Description: Fur Coat; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 500.00 | 500.00 | | 0.00 | FA |
| 9 | ING Life Insurance Policy # 001403045 Customer S<br>Orig. Asset Memo: Orig. Description: ING Life Insurance Policy # 001403045<br>Customer Service<br>2000 21st Ave. N.W.<br>Minot, ND 58703; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 6,300.00 | 0.00 | | 0.00 | FA |
| 10 | Alliance Lide Insurance Acct #8853103 P.O. 59060<br>Orig. Asset Memo: Orig. Description: Alliance Lide Insurance Acct #8853103<br>P.O. 59060  WIFE BENEFICIARY<br>Minneapolis, MN 55459-0060; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Alliance Life Insurance Acct #8853103 P.O. 59060 | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Aviva Life & Annuity Co. 611 5th Ave. P.O. Box 1<br>Orig. Asset Memo: Orig. Description: Aviva Life & Annuity Co.<br>611 5th Ave.<br>P.O. Box 1555<br>Des Moines, IA 50306-1555; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | Unknown | 3,700.00 | | 0.00 | FA |
| 12 | Sun West Trust - Roth IRA - Acct#S0V1572 Soverig<br>Orig. Asset Memo: Orig. Description: Sun West Trust - Roth IRA - Acct#S0V1572<br>Soverign Pension Services<br>1314 Alt. 19<br>Palm Harbor, FL 34683; Imported from original petition Doc# 60; Imported from Amended Doc#: 122 | 45,215.29 | 0.00 | | 0.00 | FA |
| 13 | Sun West Trust - Roth IRA - Acct#S0V1571 Soverig | 22,604.25 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** SUNDERLAGE, TRACY L | **Filed (f) or Converted (c):** 01/24/12 (c) |
| | **§341(a) Meeting Date:** 11/30/11 |
| **Period Ending:** 02/17/16 | **Claims Bar Date:** 05/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Sun West Trust - Roth IRA -Acct#S0V1571 Soverign Pension Services 1314 Alt. 19 Palm Harbor, FL 34683; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Sun West Trust - Roth IRA -Acct#S0V1571 Soverign | | | | | |
| 14 | Sterling Trust -IRA - Acct#147431 Sterling Trust Orig. Asset Memo: Orig. Description: Sterling Trust -IRA - Acct#147431 Sterling Trust P.O. Box 2526 Waco, Texas 76702; Imported from original petition Doc# 60; | 16,024.51 | 0.00 | | 0.00 | FA |
| 15 | Oil & Gas Partnership - Tenancy by the Entirety Orig. Asset Memo: Orig. Description: Oil & Gas Partnership Atlas Resources Public 17-2008 (B) LP 1550 Cordopolis Hats Road Moon Township, PA 151008; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Oil & Gas Partnership Atlas Resources Public 17- | Unknown | 3,000.00 | | 0.00 | FA |
| 16 | Oil & Gas Partnership - Tenancy by the Entirety Orig. Asset Memo: Orig. Description: Oil & Gas Partnership Ridgewood Energy 947 Linwood Ave. Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 122; Original asset description: Oil & Gas Partnership Ridgewood Energy 947 Linwo | Unknown | 10,000.00 | | 0.00 | FA |
| 17 | Oil & Gas Partnership Atlas Resources Public Orig. Asset Memo: Orig. Description: Oil & Gas Partnership Atlas Resources Public 18-2009 (B) LP | Unknown | 1,000.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 4

| | | |
|---|---|---|
| Case Number: | 11-37690-DT | |
| Case Name: | SUNDERLAGE, TRACY L | |
| | | |
| Period Ending: 02/17/16 | | |

| | |
|---|---|
| Trustee: | (330350)   EUGENE CRANE |
| Filed (f) or Converted (c): | 01/24/12 (c) |
| §341(a) Meeting Date: | 11/30/11 |
| Claims Bar Date: | 05/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 1550 Cordopolis Hats Road<br>Moon Township, PA 151008; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | | | | | |
| 18 | Oil & Gas Partnership Ridgewood Energy 0 Fund LL<br>　Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy 0 Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 1,000.00 | | 1,831.03 | FA |
| 19 | Oil & Gas Partnership Ridgewood Energy Q Fund LL<br>　Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy Q Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 2,500.00 | | 2,330.46 | FA |
| 20 | Oil & Gas Partnership Ridgewood Energy U Fund LL<br>　Orig. Asset Memo: Orig. Description: Oil & Gas Partnership<br>Ridgewood Energy U Fund LLC<br>c/o Ridgewood Energy Corp<br>79 Turtle Point Road<br>Ridgewood, NJ 07450; Imported from original petition Doc# 60; Imported from Amended Doc#: 111 | Unknown | 2,500.00 | | 2,360.56 | FA |
| 21 | Trust No. S8-2010- CN Global Trust Robert A. Mul<br>　Orig. Asset Memo: Orig. Description: Trust No. 88-2010- C&N Global Trust<br>Robert A. Mulderig, Trustee<br>Woodmont Trust Company Ltd.<br>42 Reid Street<br>Box HM 2958<br>Hamilton HM MX Bermuda; Imported from original petition Doc# 60; Imported from Amended Doc#: 122;<br>Original asset description: Trust No. 88-2010- C&N | 900.00 | 900.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** SUNDERLAGE, TRACY L | **Filed (f) or Converted (c):** 01/24/12 (c) |
| | **§341(a) Meeting Date:** 11/30/11 |
| **Period Ending:** 02/17/16 | **Claims Bar Date:** 05/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Global Trust Robert A. Mu | | | | | |
| 22 | Clms against Elaine S. Vorberg&Law Ofc<br>Orig. Asset Memo: Orig. Description: Claims against<br>Elaine S. Vorberg and The Law<br>Offices of Elaine S. Vorberg P.C. for legal malpractice;<br>Imported from original petition Doc# 60; | Unknown | 50,000.00 | | 0.00 | FA |
| 23 | Claim for Income Tax Refunds for 1998 and 1999<br>Orig. Asset Memo: Orig. Description: Claim for<br>Income Tax Refunds for 1998 and 1999; Imported<br>from original petition Doc# 60; Imported from<br>Amended Doc#: 122; Original petition value:<br>550000.00 | 799,968.00 | 799,968.00 | | 0.00 | FA |
| 24 | 2007 Lexus RX 350<br>Orig. Asset Memo: Orig. Description: 2007 Lexus RX<br>350; Imported from original petition Doc# 60; | 17,000.00 | 14,600.00 | | 14,000.00 | FA |
| 25 | 12585 Raintree Path, Huntley, IL | 400,000.00 | 5,000.00 | | 0.00 | FA |
| 26 | Jointly owned household goods and furniture.<br>Orig. Asset Memo: Imported from Amended Doc#:<br>122 | 7,875.00 | 7,875.00 | | 0.00 | FA |
| 27 | Debtor owned household goods and furnishings.<br>Orig. Asset Memo: Imported from Amended Doc#:<br>122 | 300.00 | 300.00 | | 0.00 | FA |
| 28 | VOID Artwork.<br>VOIDED DUPE ASSETOrig. Asset Memo: Imported<br>from Amended Doc#: 122 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Miscellaneous jewelry<br>Orig. Asset Memo: Imported from Amended Doc#:<br>122  ORIGINAL AMOUNT OF $5,000 changed on this<br>amended Sch B | 2,200.00 | 0.00 | | 0.00 | FA |
| 30 | VOID Sterling Trust -IRA - Acct#147431<br>Orig. Asset Memo: Imported from Amended Doc#:<br>122 DUPLICATE ASSET  VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID Claim against Elaine S. Vorberg<br>Orig. Asset Memo: Imported from Amended Doc#: | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page:  6

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 11-37690-DT | Trustee: (330350) EUGENE CRANE |
| Case Name: SUNDERLAGE, TRACY L | Filed (f) or Converted (c): 01/24/12 (c) |
| | §341(a) Meeting Date: 11/30/11 |
| Period Ending: 02/17/16 | Claims Bar Date: 05/28/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 122 Duplicate Asset  VOIDED | | | | | |
| 32 | VOID 2007 Lexus RX 350   Orig. Asset Memo: Imported from Amended Doc#: 122 Duplicate Asset VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Litigation against Linda Sunderlage  (u) | Unknown | 300,000.00 | | 130,000.00 | FA |
| 34 | Marriott Aruba Timeshares  (u) | Unknown | 37,000.00 | | 35,000.00 | FA |
| 35 | 3 Timeshares/Marriott Desert Springs, Imperial P  (u) | Unknown | 12,000.00 | | 12,500.00 | FA |
| 36 | Interest in Sunderlage Resource Group, Inc.  (u)   No income was listed in SOFA | Unknown | 1.00 | | 0.00 | FA |
| 36 | **Assets    Totals (Excluding unknown values)** | **$1,333,437.05** | **$1,254,794.00** | | **$198,022.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/11/2015: TFR Sent to USTO for Review (dk)

07/29/2015: Acct retained; once taxes are filed ready to close case (dk)

03/31/2015: Discovery of assets continues (dk)

03/31/2014: Discovery of assets continues; possible additional timeshares.

02/11/2014: Settlement offer from Linda Sunderlage, for Ridgewood Energy and other transferred assets (dk)

10/2013: Motion filed to sell Debtor's Lexus automobile (dk)

09/2013: Motion filed to sell timeshares (dk)

03/30/2013: Investigation into assets continues; Linda Sunderlage deposed this period. (dk)

Conversion of case to a Chapter 7, hearing on 01/24/2012. (dk)

11/24/2015: Final Hearing set for 1/06/2016 at 10 am (dk)

10/07: hearing to abandon scheduled for 11/04/2015 at 10:00 AM at Courtroom 744

08/11/2015: TFR Sent to USTO for REview (dk)

07/29/2015: Acct retained, once taxes filed, ready to close case (dk)

03/31/2015: Discovery of assets continues (dk)

03/31/2014: Discovery of assets continues; possible additional timeshares.

02/11/2014: Settlement offer from Linda Sunderlage, for Ridgewood Energy and other transferred assets (dk)

10/2013: Motion filed to sell Debtor's Lexus automobile (dk)

09/2013: Motion filed to sell timeshares (dk)

03/30/2013: Investigation into assets continues; Linda Sunderlage deposed this period. (dk)

Conversion of case to a Chapter 7, hearing on 01/24/2012. (dk)

Exhibit 8

Page: 7

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** (330350)   EUGENE CRANE |
| **Case Name:** SUNDERLAGE, TRACY L | **Filed (f) or Converted (c):** 01/24/12 (c) |
| | **§341(a) Meeting Date:** 11/30/11 |
| **Period Ending:** 02/17/16 | **Claims Bar Date:** 05/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   December 31, 2013 | **Current Projected Date Of Final Report (TFR):**   November 24, 2015  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-37690-DT | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | SUNDERLAGE, TRACY L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-*****07-66 - Checking Acct- Ridgewood |
| Taxpayer ID #: | **-***8361 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/17/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/12 | {18} | Ridgewood Energy Corp. | Dividend payment for November - O Fund | 1123-000 | 218.68 | | 218.68 |
| 12/10/12 | | Ridgewood Energy Corp. | Dividend payment for November | | 443.56 | | 662.24 |
| | {19} | | 161.19 | 1123-000 | | | 662.24 |
| | {20} | | 282.37 | 1129-000 | | | 662.24 |
| 12/11/12 | {18} | Ridgewood Energy Corp. | Dividend payment for October - O Fund | 1123-000 | 263.23 | | 925.47 |
| 12/11/12 | | Ridgewood Energy Corp. | Dividend payment for October - U & Q Funds | | 437.07 | | 1,362.54 |
| | {19} | | 201.08 | 1123-000 | | | 1,362.54 |
| | {20} | | 235.99 | 1123-000 | | | 1,362.54 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,337.54 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033035088<br>20130103 | 9999-000 | | 1,337.54 | 0.00 |

| | | | ACCOUNT TOTALS | 1,362.54 | 1,362.54 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 0.00 | 1,337.54 | |
| | | | Subtotal | 1,362.54 | 25.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | NET Receipts / Disbursements | $1,362.54 | $25.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 11-37690-DT | | **Trustee:** | EUGENE CRANE (330350) | | |
| **Case Name:** | SUNDERLAGE, TRACY L | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******1366 - Checking Acct- Ridgewood | | |
| **Taxpayer ID #:** | **-***8361 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 02/17/16 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,337.54 | | 1,337.54 |
| 01/07/13 | | Ridgewood Energy Corp. | Dividend payment for December - U & Q Funds | | 494.91 | | 1,832.45 |
| | {19} | | Q Funds Dividend        186.36 | 1123-000 | | | 1,832.45 |
| | {20} | | U Funds Dividend        308.55 | 1123-000 | | | 1,832.45 |
| 01/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for December - O Fund | 1123-000 | 224.73 | | 2,057.18 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,047.18 |
| 02/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for January - O Fund | 1123-000 | 95.01 | | 2,142.19 |
| 02/07/13 | | Ridgewood Energy Corp. | Dividend payment for January - U & Q Funds | | 364.85 | | 2,507.04 |
| | {19} | | 117.46 | 1123-000 | | | 2,507.04 |
| | {20} | | 247.39 | 1123-000 | | | 2,507.04 |
| 02/07/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-37690, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 1.16 | 2,505.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,495.88 |
| 03/06/13 | | Ridgewood Energy Corp. | Dividend payment for February - U & Q Funds | | 392.98 | | 2,888.86 |
| | {19} | | Q Fund divident -        150.96<br>February | 1123-000 | | | 2,888.86 |
| | {20} | | U Fund Dividend -        242.02<br>February | 1123-000 | | | 2,888.86 |
| 03/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for February - O Fund | 1123-000 | 177.34 | | 3,066.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,056.20 |
| 04/09/13 | {18} | Ridgewood Energy Corp. | Dividend payment for March - O Fund | 1123-000 | 139.43 | | 3,195.63 |
| 04/09/13 | {19} | Ridgewood Energy Corp. | Dividend payment for March - U & Q Funds | 1123-000 | 339.39 | | 3,535.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,525.02 |
| 05/07/13 | {18} | Ridgewood Energy Corp. | Dividend payment for April - O Fund | 1123-000 | 136.58 | | 3,661.60 |
| 05/07/13 | | Ridgewood Energy Corp. | Dividend payment for April - U & Q Funds | | 257.69 | | 3,919.29 |
| | {19} | | April Distribution of Q        124.08<br>Fund Dividends | 1123-000 | | | 3,919.29 |
| | {20} | | April Distribution of  U        133.61<br>Fund Dividends | 1123-000 | | | 3,919.29 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,909.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,899.29 |
| 07/08/13 | {18} | Ridgewood Energy Corp. | Dividend payment for June - O Fund | 1123-000 | 79.37 | | 3,978.66 |
| 07/08/13 | {18} | Ridgewood Energy Corp. | Dividend payment for May - O Fund | 1123-000 | 86.17 | | 4,064.83 |

Subtotals :               $4,125.99          $61.16

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-37690-DT | |
| **Case Name:** SUNDERLAGE, TRACY L | |
| **Taxpayer ID #:** **-***8361 | |
| **Period Ending:** 02/17/16 | |

| | |
|---|---|
| **Trustee:** EUGENE CRANE (330350) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******1366 - Checking Acct- Ridgewood | |
| **Blanket Bond:** $5,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/13 | | Ridgewood Energy Corp. | Dividend payment for June - U & Q Funds | | 240.15 | | 4,304.98 |
| | {19} | | Q Fund Distribution for          115.12<br>June | 1123-000 | | | 4,304.98 |
| | {20} | | U Fund Distribution for          125.03<br>June | 1123-000 | | | 4,304.98 |
| 07/08/13 | | Ridgewood Energy Corp. | Dividend payment for May - U & Q Funds | | 245.48 | | 4,550.46 |
| | {19} | | Q Fund Distribution for          120.10<br>May | 1123-000 | | | 4,550.46 |
| | {20} | | U Fund Distribution for          125.38<br>May | 1123-000 | | | 4,550.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,540.46 |
| 08/05/13 | {18} | Ridgewood Energy Corp. | Dividend payment for July - O Fund | 1123-000 | 64.23 | | 4,604.69 |
| 08/05/13 | | Ridgewood Energy Corp. | Dividend payment for July - U & Q Funds | | 244.22 | | 4,848.91 |
| | {19} | | Q Fund Dividend July          101.20 | 1123-000 | | | 4,848.91 |
| | {20} | | U Fund Dividend July          143.02 | 1123-000 | | | 4,848.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,838.91 |
| 09/06/13 | {18} | Ridgewood Energy Corp. | Dividend payment for August - O Fund | 1123-000 | 57.39 | | 4,896.30 |
| 09/06/13 | | Ridgewood Energy Corp. | Dividend payment for August - U & Q Funds | | 218.75 | | 5,115.05 |
| | {19} | | Q Fund Distribution          92.14<br>August | 1123-000 | | | 5,115.05 |
| | {20} | | U Fund Distribution          126.61<br>August | 1123-000 | | | 5,115.05 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,105.05 |
| 10/04/13 | {18} | Ridgewood Energy Corp. | Dividend payment for September - O Fund | 1123-000 | 57.29 | | 5,162.34 |
| 10/04/13 | {19} | Ridgewood Energy Corp. | Dividend payment for September - U & Q<br>Funds | 1123-000 | 261.87 | | 5,424.21 |
| 11/04/13 | {18} | Ridgewood Energy Corp. | Dividend payment for October - O Fund | 1123-000 | 66.35 | | 5,490.56 |
| 11/07/13 | | Ridgewood Energy Corp. | Dividend payment for October - Q & U Funds | | 186.13 | | 5,676.69 |
| | {19} | | Q Funds Div for October          133.34 | 1123-000 | | | 5,676.69 |
| | {20} | | U Funds Div for October          52.79 | 1123-000 | | | 5,676.69 |
| 12/02/13 | {18} | Ridgewood Energy Corp. | Dividend payment for November - O Fund | 1123-000 | 69.97 | | 5,746.66 |
| 12/02/13 | | Ridgewood Energy Corp. | Dividend payment for November - Q & U<br>Funds | | 243.33 | | 5,989.99 |
| | {19} | | Q Fund Dividend          132.86<br>November | 1123-000 | | | 5,989.99 |
| | {20} | | U Fund Dividend          110.47<br>November | 1123-000 | | | 5,989.99 |
| 01/07/14 | {20} | Ridgewood Energy Corp. | Dividend payment for December - Q & U | 1123-000 | 118.37 | | 6,108.36 |

Subtotals :          $2,073.53          $30.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** SUNDERLAGE, TRACY L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1366 - Checking Acct- Ridgewood |
| **Taxpayer ID #:** **-***8361 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/17/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Funds | | | | |
| 02/05/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #11-37690, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 50.45 | 6,057.91 |
| 02/11/14 | {18} | Ridgewood Energy Corp. | Dividend payment for January - O Fund | 1123-000 | 95.26 | | 6,153.17 |
| 02/11/14 | | Ridgewood Energy Corp. | Dividend payment for January - Q & U Funds | | 202.27 | | 6,355.44 |
| | {19} | | | 1123-000 | 93.31 | | 6,355.44 |
| | {20} | | | | 108.96 | | 6,355.44 |
| 02/19/15 | 10103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-37690, Bond # 10BSBGR6291 | 2300-000 | | 136.96 | 6,218.48 |
| 01/06/16 | | To Account #******1367 | Transfer funds to checking account to close case | 9999-000 | | 6,218.48 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,497.05 | 6,497.05 | **$0.00** |
| Less: Bank Transfers | 1,337.54 | 6,218.48 | |
| **Subtotal** | 5,159.51 | 278.57 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,159.51** | **$278.57** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-37690-DT
**Case Name:** SUNDERLAGE, TRACY L

**Taxpayer ID #:** **-***8361
**Period Ending:** 02/17/16

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******1367 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/13 | {24} | Lexus of Clearwater | Proceeds from sale of Lexus automobile | 1129-000 | 14,000.00 | | 14,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.48 | 13,985.52 |
| 11/21/13 | {34} | TRCS, Inc. Escrow Account | Sale of Debtor's Marriott Aruba Ocean Club timeshare interest | 1210-000 | 17,500.00 | | 31,485.52 |
| 11/21/13 | {34} | TRCS, Inc. Escrow Account | Sale of Debtor's Marriott Aruba Ocean Club timeshare interest | 1210-000 | 17,500.00 | | 48,985.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.37 | 48,949.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.84 | 48,862.31 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.65 | 48,780.66 |
| 02/05/14 | {33} | Morgan & Bley, Ltd. | Settlement from Linda Sunderlage - via wire | 1241-000 | 130,000.00 | | 178,780.66 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.22 | 178,563.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.11 | 178,306.33 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 283.33 | 178,023.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.20 | 177,757.80 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.99 | 177,501.81 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.91 | 177,210.90 |
| 08/21/14 | {35} | Linda M. Sunderlage | Settlement on RTI of 3 Marriott timeshares | 1210-000 | 2,500.00 | | 179,710.90 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.07 | 179,454.83 |
| 09/09/14 | {35} | Linda M. Sunderlage | Settlement on RTI of 3 Marriott timeshares | 1210-000 | 10,000.00 | | 189,454.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 294.66 | 189,160.17 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.59 | 188,869.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.72 | 188,616.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 317.84 | 188,299.02 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.98 | 188,019.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.94 | 187,758.10 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.68 | 187,460.42 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.57 | 187,181.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.90 | 186,912.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.31 | 186,616.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.61 | 186,330.03 |
| 01/06/16 | | From Account #******1366 | Transfer funds to checking account to close case | 9999-000 | 6,218.48 | | 192,548.51 |
| 01/06/16 | 101 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 192,255.51 |
| 01/06/16 | 102 | EUGENE CRANE | Dividend paid 100.00% on $13,151.10, Trustee Compensation;  Reference: | 2100-000 | | 13,151.10 | 179,104.41 |

Subtotals :           $197,718.48     $18,614.07

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-37690-DT | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** SUNDERLAGE, TRACY L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1367 - Checking Account |
| **Taxpayer ID #:** **-***8361 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/17/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/16 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,915.06, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 5,915.06 | 173,189.35 |
| 01/06/16 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $142,130.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 142,130.25 | 31,059.10 |
| 01/06/16 | 105 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 30,766.10 |
| 01/06/16 | 106 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,575.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,575.00 | 29,191.10 |
| 01/06/16 | 107 | United States Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 28,866.10 |
| 01/06/16 | 108 | Department of the Treasury | Dividend paid  2.27% on $1,267,547.28; Claim# 3P-3; Filed: $1,267,547.28; Reference: | 5800-000 | | 28,866.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 197,718.48 | 197,718.48 | $0.00 |
| Less: Bank Transfers | 6,218.48 | 0.00 | |
| **Subtotal** | 191,500.00 | 197,718.48 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$191,500.00** | **$197,718.48** | |

| | |
|---|---|
| Net Receipts : | 198,022.05 |
| Net Estate : | $198,022.05 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******07-66** | 1,362.54 | 25.00 | 0.00 |
| **Checking # ******1366** | 5,159.51 | 278.57 | 0.00 |
| **Checking # ******1367** | 191,500.00 | 197,718.48 | 0.00 |
| | $198,022.05 | $198,022.05 | $0.00 |